Christina L. PETTERUTI,
Plaintiff—Appellant,

v.

DAVID GRANT MEDICAL CENTER;
United States of America,
Defendants—Appellees.

No. 01–16060.

D.C. No. CV–00–03230–VRW.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Dec. 5, 2002.

Decided Dec. 9, 2002.

Before RYMER, THOMAS and
SILVERMAN, Circuit Judges.

MEMORANDUM *

Christina Petteruti appeals from the district court order granting summary judgment to defendants on the medical malpractice claim arising out of her Hepatitus B vaccination. Because the parties are familiar with the factual and procedural history of this case, we will not recount it here.

Shortly after the district court entered its order granting summary judgment, we issued the final opinion in *Winter v. United States*, 244 F.3d 1088 (9th Cir.2001). Because neither the parties, nor the district court, had the opportunity to consider this case in light of *Winter*, we vacate the order granting summary judgment and remand this case for reconsideration in light of *Winter*. We express no opinion on the merits.

Each party shall bear their own costs on appeal.

**VACATED AND REMANDED.**

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

